| PROB 12B<br>(Rev.<br>08/03/11) | **SUPERVISION REPORT**<br>REQUEST FOR MODIFYING THE CONDITIONS<br>OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER<br>(Probation Form 49, Waiver of Hearing is Attached) | | **U. S. Probation Office**<br>Eastern District of Michigan | DATE<br>05/12/2014 |
|---|---|---|---|---|

| NAME<br>McCOY, William | | PACTS<br>33474 | JUDGE<br>Mark A. Goldsmith | DOCKET #<br>11-CR-20284-1 |
|---|---|---|---|---|

| SENTENCE DATE<br>1/17/2012 | SUPERVISION TYPE<br>Supervised Release<br><br>COMMENCED<br>N/A | CRIMINAL HISTORY CATEGORY<br>III | TOTAL OFFENSE LEVEL<br>21 | PHOTO |
|---|---|---|---|---|



**REPORT PURPOSE**

### REQUEST TO MODIFY SPECIAL CONDITIONS OF SUPERVISED RELEASE

**RECOMMENDATION**

### MODIFICATION OF SPECIAL CONDITIONS OF SUPERVISED RELEASE

**ORIGINAL OFFENSE**

Count 1: 18: U.S.C. § 922(g)(1), Felon in Possession of Firearm

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 57 months, followed by a three-year term of supervised release.

**SPECIAL CONDITIONS**

1. The defendant shall participate in a program approved by the probation department for substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

   Criminal Monetary Penalty:  Special Assessment $100.00 (paid).

---

## PETITIONING THE COURT

To modify the conditions of supervised release as follows:

You shall submit your person, property, house, residence, vehicle, papers, computers as defined in 18 U.S.C. 1030(e)(1), other electronic communications or data storage devices or media, or office, to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.

You shall provide the probation officer access to any requested financial information.

| PROB 12B<br>(Rev.<br>08/03/11) | **SUPERVISION REPORT**<br>REQUEST FOR MODIFYING THE CONDITIONS<br>OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER<br>(Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office**<br>Eastern District of Michigan | DATE<br>05/12/2014 |
|---|---|---|---|

| NAME<br>McCOY, William | PACTS<br>33474 | JUDGE<br>Mark A. Goldsmith | DOCKET #<br>11-CR-20284-1 |
|---|---|---|---|

You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.

You shall abstain from all use of alcohol or alcoholic beverages.

## CAUSE

In February 2014, an investigation was conducted into MCCOY's request to release from custody to the District of Arizona. The District of Arizona was aware that McCoy has family in Arizona; however, when reviewing his presentence report, they felt additional special conditions were needed. Once the conditions are added, the District of Arizona can approve the release plan. The defendant has signed a Waiver of Hearing to Modify Conditions of Probation/Supervised Release, a copy of which is attached. Due to his incarceration, the defendant's signature on the waiver was witnessed by staff of the U.S. Bureau of Prisons.

If your Honor agrees with this recommendation, please indicate below and return this correspondence to the probation department. If your Honor does not agree, please indicate below and direct the probation department as to how the Court wishes to proceed.

Should your Honor have any questions, or concerns, this writer can be reached at the number below.

| PROBATION OFFICER<br>s/Joan M. Pigott/dlh<br>810-341-7866 | DISTRIBUTION<br>Court |
|---|---|
| SUPERVISING PROBATION OFFICER<br>s/Charmarie A. Green<br>313-234-5488 | PROBATION ROUTING<br>Data Entry |

## THE COURT ORDERS:

[X]      Modification of Special Conditions of Supervised Release.

[ ]      Other

s/Mark A. Goldsmith
United States District Judge

May 23, 2014
Date